John DEMONTINEY, (doing business as Earthwalker Engineering), Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 03–5065.

United States Court of Appeals, Federal Circuit.

Nov. 12, 2003.

Before MAYER, Chief Judge, CLEVENGER and GAJARSA, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

Kenneth M. CARPENTER, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 02–7408.

United States Court of Appeals, Federal Circuit.

Nov. 13, 2003.

Before NEWMAN, LOURIE, and SCHALL, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED. See* Fed. Cir. R. 36